MERRITT, Circuit Judge.
In these asylum cases I place substantial reliance on the country reports of the State Department and human rights organizations. These reports now show that the political and human rights situation in Albania is greatly improved. The latest State Department report, dated September 2005 (www. state. gov/r/pa/ei/bgn/3235.htm), says that the party of the asylum claimant in this case is now in power:
On July 24, 2005, Alfred Moisiu was sworn in as President of the republic. A nonpartisan figure, nominally associated with the Democratic Party, he was elected as a consensus candidate of the ruling and opposition parties. The peaceful transfer of power from President Meidani to President Moisiu was the result of an agreement between the parties to engage each other within established-parliamentary structures. This “truce” ushered in a new period of political stability in Albania, making possible significant progress in democratic and economic reforms, rule of law initiatives, and the development of Albania’s relations with its neighbors and the U.S. *840 The July 3, 2005 general elections were considered a sign in the right direction in terms of Albania’s consolidation of democracy. The Democratic Party and its allies returned to power in a decisive victory, pledging to fight crime and corruption, decrease the size and scope of government, and promote economic growth. Their leader, Sali Berisha, was sworn in as Prime Minister on September 11, 2005.
The Rule of Law and the judiciary have been greatly improved. The harassment and persecution described by Koxha in the 1990’s are no longer prevalent. I put a good deal more credence in these objective events than in the subjective credibility findings of the Immigration Judge. The fact that an applicant, who speaks a foreign language, not English, does not recite all the details of her case when she first applies for asylum seems less significant to me than the actual conditions in the country in trying to judge the probability of persecution. For the reason that Albanian country conditions are much changed for the better, I concur.